# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00506-CV

**In re Phillip Lee Burns**

### ORIGINAL PROCEEDING FROM LAMPASAS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is dismissed for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:   August 25, 2011